UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
In Re:                                                                    Chapter 13

DEBORAH DOWNEY,                                           Case No. 10-B-35037

                                  Debtors,
-----------------------------------------------------x

## TRUSTEE'S REPORT ON UNCLAIMED DIVIDENDS

To: THE CLERK OF THE BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

    Jeffrey L. Sapir, Trustee of the estate of the above named debtor, reports that the following dividend(s) are unclaimed over 90 days from the date of issuance:

| CLAIMANT(s)' NAME & LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| Deborah Downey | $1,200.00 |
| 403 Twin Brook Court Unit 403 | |
| Carmel, New York 10512 | refund |

    Trustee's check to your order in the sum of $1,200.00 is annexed representing the total of the aforesaid unclaimed dividend(s).

Dated: White Plains, New York
          August 26, 2011

                                                                 Respectfully submitted,
                                                                 */s/ Jeffrey L. Sapir*
                                                                 JEFFREY L. SAPIR
                                                                 Standing Chapter 13 Trustee